IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE FARM GENERAL INSURANCE COMPANY,

    Plaintiff,

  v.

BROAN-NUTONE LLC, and DOES 1–100,

    Defendants.

No. C 16-01383 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for its notice of settlement but cautions the parties that all deadlines remain in place until a dismissal is filed.

**PLEASE BE PRESENT AT TOMORROW'S CASE MANAGEMENT CONFERENCE AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE