# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE LLC; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-01383-WHA<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AGAINST DEFENDANT BROAN-NUTONE LLC<br><br>Action Filed:　　October 13, 2015 |

Based upon the stipulation by and between plaintiff STATE FARM GENERAL INSURANCE COMPANY and defendant BROAN-NUTONE LLC,

IT IS HEREBY ORDERED that the complaint in the above-referenced action is hereby dismissed with prejudice as against defendant BROAN-NUTONE LLC, with each party to bear its own costs and attorneys' fees.

Dated: September 26, 2016.　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court